UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARLON L. SAPP,

    Plaintiff,

v.                                                                       CASE NO. 6:06-cv-1335-Orl-19JGG

MCMARTIN, et al.,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 4, filed September 7, 2006). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 4) is **ADOPTED and AFFIRMED.**

    1.    Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2) is **DENIED**.

    2.    This case is hereby **DISMISSED** without prejudice.

    3.    The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this 25th day of September, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 9/25
Marlon L. Sapp